Frank B. Morris et al., Respondents, v. John A. Morris et al., Appellants.— In an action to set aside a deed alleged to have been procured by fraud, order granting reargument, and on reargument adhering to the original decision, which denied defendants' motion to compel the delivery of a stipulation of discontinuance and consent to cancelation of a *lis pendens,* and a general release, or for alternative relief, insofar as appealed from, affirmed, with $10 costs and disbursements. No opinion. Appeal from original order dismissed,

without costs. Lewis, P. J., Hagarty, Carswell, Johnston and Nolan, JJ., concur.